Case 4:21-cv-00948   Document 11   Filed on 07/02/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAMELA PERRY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-948 |
| § | |
| CAPTURENET, LLC, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**SIGNED** on this 2nd day of July, 2021.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**